AO 93 (Rev. 5/85)  Search Warrant

ORIGINAL

# United States District Court

_____ DISTRICT OF __Hawaii__ _____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Everyone.NET
2216 O'Toole Ave.
San Jose CA 95131

**SEARCH WARRANT**

CASE NUMBER: Mag 04-0162 LEK

TO: __Mylene Oconer__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __S/A Mylene Oconer__ who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

~~2216 O'Toole~~
Everyone.NET
2216 O'Toole Ave
San Jose, CA 95131

in the __Northern__ District of __California__ there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT A

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
as required by law.                                    U.S. Judge or Magistrate

2/17/04  3:05pm                    at    Honolulu, HI
Date and Time Issued                     City and State

                                         Leslie E. Kobayashi
Name and Title of Judicial Officer       Signature of Judicial Officer